DEBRA L. PAPAPIETRO *v.* KIMBERLY R.
CHARLES ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 127 Conn. App. 901 (AC 32419), is denied.

McLACHLAN and HARPER, Js., did not participate in the consideration of or decision on this petition.

*Debra L. Papapietro,* pro se, in support of the petition.

*Charles D. Ray* and *Rebecca Brenia,* in opposition.

Decided April 13, 2011